1 | Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
2 | Wesley Chao (SBN 324077)
wchao@sidley.com
3 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
4 | San Francisco, CA 94104
Telephone: (415) 772-1291
5 | Facsimile: (415) 772-7400

Attorneys for Defendant, Joseph Cayre

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HSM HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MANTU I.M. MOBILE LTD., an Israeli limited company, BEEZZ COMMUNICATIONS SOLUTIONS LTD, an Israeli limited company, ERAN BEN ELIEZER, JOSEPH CAYRE, GAVRIEL GEORGE NIRYAEV, DENIS JDANOV, ERAN HAMO, MICHAEL RASKANSKY, and BRAMS JACOB MOYAL,<br><br>Defendants. | Case No.: 3:19-cv-4391<br><br>**DEFENDANT JOSEPH CAYRE'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Assigned to: |

Pursuant to Civil L.R. 3-15, defendant Joseph Cayre, an individual and resident of New York State, by and through his undersigned counsel, discloses the following entity, other than the parties, which may have a financial interest in the subject matter in controversy or in a party to the proceeding:

None

DATED: July 31, 2019

Respectfully submitted,
SIDLEY AUSTIN LLP

By: /s/ Carol Lynn Thompson
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Wesley Chao (SBN 324077)
wchao@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1291